| AO-10 Rev. 1/97 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1996 | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4, 101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Marbley, Algenon L. | 2. Court or Organization United States District Court For Southern District of Ohio | 3. Date of Report 8 / 2 / 97 |
|---|---|---|
| 4. Title (Article III judge indicate active or senior status; Magistrate judge indicate full or part-time) U. S. District Judge - Nominee | 5. Report Type (check appropriate type) _X_ Nomination, Date _7/31/97_ ___ Initial ___ Annual ___ Final | 6. Reporting Period 1 / 1/96 - 7 /1 / 97 |
| 7. Chambers or Office Address Vorys, Sater, Seymour and Pease 52 East Gay Street Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer: _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director | Salesians Boys and Girls Club |
| Director | Big Brothers/Big Sisters Association of Franklin County |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| _____ | There is no written partnership agreement between myself and my law firm, |
| _____ | Vorys, Sater, Seymour and Pease. Upon resigning from the partnership, |
| _____ | I will receive the balance of my capital account in the approximate amount of $52,000.00. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1. 1996 | Vorys, Sater, Seymour and Pease | $ 134,412 |
| 2. 1996 | State of Ohio (S) | $_____ |
| 3. 1995 | Vorys, Sater, Seymour and Pease | $ 119,358 |
| 4. 1995 | State of Ohio (S) | $_____ |
| 5. | | $_____ |

-31A-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Algenon L. Marbley | 8 / 2 / 97 |

**IV.  REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**V.  OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

**VI.  LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| | NONE (No reportable liabilities) | | |
| 1 | Fifth Third Bank | Loan | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

-31B-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Algenon L. Marbley | • | Date of Report<br>8 / 2 / 97 |
|---|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A<br>Description of Assets (including trust assets)<br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt Code (A-H) | (2)<br>Type (e.g. div. rent or int.) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| [ ]   **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Vorys, Sater, Seymour and Pease 401(K) | D | Div. | K | T | Redemption | 4/97 | K | A | |
| 2 Public Employees Retirement System (S) | B | Div. | K | T | | | | | |
| 3 Fifth Third Bank Money Market Fund | A | Int. | J | T | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more |
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

-31C-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Algenon L. Marbley | Date of Report<br>8/2/97 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Algenon L. Marbley_      Date _August 4, 1997_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.,
Washington, D.C. 20544

-31D-

Digitized by Google

## FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 16 | 500 | 00 | Notes payable to banks—secured | 49 | 675 | 00 |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | 18 | 000 | 00 |
| Listed securities—add schedule | | | | Notes payable to relatives | None | | |
| Unlisted securities—add schedule | | | | Notes payable to others | None | | |
| Accounts and notes receivable: | | | | Accounts and bills due | None | | |
| Due from relatives and friends | | | | Unpaid income tax | None | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 307 | 000 | 00 |
| Real estate owned—add schedule See Below * | (Home) 360 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | None | | | Other debts—itemize: | | | |
| Autos and other personal property | 75 | 000 | 00 | VISA | 3 | 000 | 00 |
| Cash value—life insurance | 2 | 000 | 00 | Lazarus | | 850 | 00 |
| Other assets—itemize: | | | | Shell Oil Co. | | 350 | 00 |
| Retirement Accounts | 88 | 500 | 00 | The Bombay Co. | | 470 | 00 |
| Retirement Accounts (S) | 18 | 500 | 00 | | | | |
| | | | | Total liabilities | 379 | 345 | 00 |
| | | | | Net Worth | 181 | 155 | 00 |
| Total Assets | 560 | 500 | 00 | Total liabilities and net worth | 560 | 500 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | None | | | | | | |
| Other special debt | None | | | | | | |

```
* Mortgage Holder:  Fifth Third Bank
                    21 E. State Street      -31E-
                    Columbus, OH
```

Digitized by Google